An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

JENNIFER WILLIS,
                Appellant,

vs.

CACH, LLC,
                Respondent.

No. 66635

**FILED**

SEP 0 9 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DISMISSING APPEAL*

When this proper person appeal was docketed, this court gave appellant 40 days to file and serve the civil proper person appeal statement. Appellant's civil proper person appeal statement was due in this court by June 29, 2015. To date, appellant has failed to file the civil proper person appeal statement or otherwise respond to this court's directive. Accordingly, we conclude that appellant has abandoned this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:   Hon. Nancy L. Allf, District Judge
      Paul H. Schofield, Settlement Judge
      Jennifer Willis
      Stephen R. Kopolow
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

15-27306